IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| 68TH STREET SITE WORK GROUP,<br><br>        Plaintiff,<br>v.<br><br>7-ELEVEN, INC., *et al.*,<br><br>        Defendants. | Civil Action No. 1:20-cv-03385-SAG<br><br>**NOTICE OF APPEARANCE** |

Dear Clerk:

Please enter the appearance of Caroline Schmidt Burton of McGuireWoods, LLP as counsel for Hilton Worldwide, Inc., defendant in the above captioned proceeding.

I certify that I am admitted to practice in this Court.

Dated: March 4, 2021

Respectfully submitted,

/s/ Caroline Schmidt Burton

Caroline Schmidt Burton
Bar No. 13303
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA  23219-3916
Telephone: 804.775.1000
Facsimile:  804.775.1061
E-Mail: cburton@mcguirewoods.com

*Attorney for Defendant Hilton Worldwide, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on March 4, 2021, the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

/s/ Caroline Schmidt Burton
Caroline Schmidt Burton