IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| 68TH STREET SITE WORK GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-CV-03385-SAG |
| ) | |
| 7-ELEVEN, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANT GENESCO INC. WITH PREJUDICE**

Plaintiff 68th Street Site Work Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Genesco Inc. from this cause with prejudice. Genesco Inc. has not filed an answer or motion for summary judgment in this cause.

Dated: March 31, 2021                Respectfully submitted,

                                     THE JUSTIS LAW FIRM LLC

                                     /s/ Matthew T. Merryman
                                     Matthew T. Merryman admitted *pro hac vice*
                                     Rachel D. Guthrie     admitted *pro hac vice*
                                     Ambereen K. Shaffie   admitted *pro hac vice*
                                     10955 Lowell Ave.
                                     Suite 520
                                     Overland Park, KS  66210-2336
                                     Telephone: (913) 955-3739
                                     Facsimile:  (913) 955-3711
                                     Email: mmerryman@justislawfirm.com
                                            rguthrie@justislawfirm.com
                                            ashaffie@justislawfirm.com

        Stuart Kaplow, Esquire
        Bar number 05282
        James Kelly-Lieb, Esquire
        Bar number 20420
        Stuart D. Kaplow, P.A.
        11426 York Road, Floor 1
        Cockeysville, MD 21030
        (410) 339-3910 Telephone
        (410) 415-7161 Facsimile
        Email: skaplow@stuartkaplow.com
              jkellylieb@kenny-law.com

        ATTORNEYS FOR PLAINTIFF 68TH STREET
        SITE WORK GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2021, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Genesco Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

                /s/
        Stuart Kaplow, Esquire