IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| 68th STREET SITE WORK GROUP<br><br>    **Plaintiff,**<br><br>v.<br><br>**AIRGAS, INC.,** *et al*.<br><br>    **Defendants.** | Case No. 1:20-cv-03385-SAG |

## NOTICE OF SETTLEMENT

Defendant, CitiFinancial Credit Company hereby give notice that it has entered into a confidential agreement with the Plaintiff, 68th Street Site Work Group to resolve the claims asserted against CitiFinancial Credit Company in this matter. It is anticipated that the Plaintiff will file a dismissal of said claims within thirty (30) days.

| | |
|---|---|
| *s/ Matthew T. Merryman* | */s/ Virginia W. Barnhart* |
| Matthew T. Merryman admitted *pro hac vice* | Virginia W. Barnhart (Bar No. 03345) |
| Rachel D. Guthrie admitted *pro hac vic* | WOMBLE BOND DICKINSON (US) LLP |
| THE MERRYMAN GUTHRIE LAW FIRM LLC | 100 Light Street 26th Floor |
| 4100 Terrace St. | Baltimore, MD 21202 |
| Kansas City, MO 64111 | Phone: (410) 545-5800 |
| Telephone: (816) 608-2570 | Fax: (410) 545-5801 |
| Facsimile: (816) 683-1743 | Email: Virginia.Barnhart@wbd-us.com |
| Email: merryman@merrymanguthrielaw.com | |
|       rguthrie@merrymanguthrielaw.com | *Counsel for Defendant,*<br>*CitiFinancial Credit Company* |
| *Counsel for Plaintiff,*<br>*68th Street Site Work Group* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August, 2022, a copy of the foregoing was filed and served upon all counsel of record via CM/ECF.

                                         */s/ Virginia W. Barnhart*
                                         Virginia W. Barnhart (Bar No. 03345)