IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| 68TH STREET SITE WORK GROUP ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-03385-SAG |
| ) | |
| 7-ELEVEN, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS
DEFENDANT CITIFINANCIAL CREDIT COMPANY WITH PREJUDICE**

Plaintiff the 68th Street Site Work Group ("Plaintiff or the "Group"), by and through counsel and pursuant to Fed. R. Civ. P. 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Citifinancial Credit Company ("Citifinancial") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On November 20, 2020, Plaintiff filed a Complaint seeking contribution and declaratory relief under CERCLA at the 68th Street Site against several defendants, including Citifinancial (Dkt. No. 1).

2. On May 7, 2021, Plaintiff filed its Motion for Clerk's Entry of Default as to Citifinancial (Dkt. No. 630).

3. On May 14, 2021, the Clerk of the Court issued an Entry of Default and Notice of Default as to Citifinancial (Dkt. Nos. 649 and 650).

4. The parties have reached a confidential resolution in this case as to all claims between Plaintiff and Citifinancial.

5. As such, Plaintiff dismisses Citifinancial as a defendant from this cause with prejudice, each party to bear its own costs.

6. Citifinancial is unopposed to this Motion to Dismiss.

7. If the Court grants this Motion to Dismiss then the Clerk's Entry of Default and Notice of Default as to Citifinancial will be moot.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests the Court enter an appropriate order dismissing Citifinancial from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: January 10, 2023

Respectfully submitted,

THE JUSTIS LAW FIRM LLC

*/s/ Gary D. Justis*
Gary D. Justis          admitted *pro hac vice*
P.O. Box 3408
201 Elk Ave., Unit B
Crested Butte, CO  81224
Telephone: (970) 248-8360
Facsimile:  (970) 248-8386
Email: gjustis@justislawfirm.com

Stuart D. Kaplow
Bar Number 05282
James Kelly-Lieb
Bar Number 20420
Stuart D. Kaplow, P.A.
11426 York Road, 1st Floor
Cockeysville, MD 21030
(410) 339-3910 Telephone
(410) 415-7161 Facsimile
Email: skaplow@stuartkaplow.com

ATTORNEYS FOR PLAINTIFF 68TH STREET SITE WORK GROUP

### CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, a copy of the foregoing Plaintiff's Unopposed Motion to Dismiss Citifinancial Credit Company with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

*/s/ Gary D. Justis*
Gary D. Justis