AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

68th Street Site Work Group
*Plaintiff*
v.
7-Eleven, Inc., et al.
*Defendant*

Civil Action No. 1:20-cv-3385-SAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff recover nothing, the claims against Defendant C&I Leasing dismissed, the action be closed and terminated on Jan. 10, 2023.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stephanie A. Gallagher on a motion for Dismiss Plaintiff's Complaint by Defendant C&I Leasing (granted Sept. 16, 2021 at Dkts. 786 & 787) and Motion for Leave to Amend Complaint by Plaintiff (denied Jan. 26, 2022 at Dkts. 864 & 865).

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Print   Save As...   Reset