FILED: June 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1155
(1:20-cv-03385-SAG)

_____

68TH STREET SITE WORK GROUP

    Plaintiff - Appellant

v.

ALBAN TRACTOR CO., INCORPORATED; C & I LEASING INCORPORATED; RUKERT TERMINALS CORPORATION; SOLO CUP COMPANY; VIACOMCBS INC.; VORNADO REALTY TRUST

    Defendants - Appellees

 and

7-ELEVEN, INC.; A&M (2015) LLC; ABACUS CORPORATION; AIRGAS, INCORPORATED; ALLY FINANCIAL INCORPORATED; AMERICAN EXPRESS COMPANY; AMERICAN PREMIER UNDERWRITERS, INCORPORATED; AMERICAN SUGAR REFINING, INC.; AMTOTE INTERNATIONAL, INCORPORATED; APPLIED INDUSTRIAL TECHNOLOGIES, INC.; ARMACELL, LLC; ASARCO LLC; ASCENSION ST. AGNES HOSPITAL; AVIS RENT A CAR SYSTEM, LLC; BATESVILLE CASKET COMPANY, INCORPORATED; BELL AND HOWELL, LLC; BENJAMIN MOORE & CO.; BERWIND CORPORATION; BOB BELL AUTOMOTIVE GROUP, INC.; BOB DAVIDSON FORD, INC.; BRAND INDUSTRIAL SERVICES, INC.; BURT RIGID BOX, INC.; CAPLAN BROTHERS, INC.; CARAUSTAR INDUSTRIES, INC.; GREIF, INC.; CARISAM-SAMUEL MEISEL (MD), INC.; CERES MARINE TERMINALS, INC.; CHIQUITA BRANDS LLC; CITIFINANCIAL CREDIT COMPANY; CLARK EQUIPMENT COMPANY; CLOVERLAND DAIRY LIMITED

PARTNERSHIP; COACH USA, INC.; COLDWELL BANKER REAL ESTATE LLC; COWAN SYSTEMS, INCORPORATED; CROWN CENTRAL LLC; CRW PARTS, INC.; DETROIT ROYALTY, INC.; DONOHOE REAL ESTATE SERVICES; DRUG CITY PHARMACY, LLC; EAGLE GROUP; EBY-BROWN COMPANY, LLC; ECLIPSE INTERNATIONAL, INC.; ELG METALS, INC.; ENTERPRISE ELECTRIC COMPANY; FERGUSON ENTERPRISES, INCORPORATED; FIRST NATIONAL BANK OF PENNSYLVANIA; F.N.B. CORPORATION; FOOT LOCKER SPECIALTY, INC.; FROEHLING & ROBERTSON, INC.; FUCHS LUBRICANTS CO.; GENESCO, INC.; GIVAUDAN FLAVORS CORPORATION; UNILEVER UNITED STATES, INCORPORATED; GLEN-GERY CORPORATION; GRAUL'S MARKET, INC.; GRAYBAR ELECTRIC COMPANY, INC.; H&R BLOCK, INCORPORATED; HAMPSHIRE INDUSTRIES, INCORPORATED; HARLAND CLARKE CORP.; HERITAGE CHEVROLET-BUICK, INC.; HIGH'S OF BALTIMORE, LLC; NEW RIDGE ASSOCIATES, INC.; HILTON WORLDWIDE, INC.; HOHMANN & BARNARD, INC.; DAYTON SUPERIOR CORPORATION; HOST HOTELS & RESORTS, INC.; HMS HOST FAMILY RESTAURANTS, INC.; HSBC NORTH AMERICA HOLDINGS, INC.; ILLINOIS SLEEP PRODUCTS, INC.; INDUSTRIAL CONTAINER SERVICES, LLC; JERRY'S CHEVROLET, INC.; KEURIG DR. PEPPER INC.; KING DAVID AT AUTUMN LAKE, LLC; KMART CORPORATION; KOHLBERG, KRAVIS, ROBERTS & CO. L.P.; KOROS, LLC; LAIRD PLASTICS, INC.; LANE BRYANT, INC.; LEAR CORPORATION; LEBANON SEABOARD CORPORATION; LEGG MASON, INCORPORATED; LEN STOLER, INC.; LIFESTAR RESPONSE CORPORATION; LIFETOUCH NATIONAL SCHOOL STUDIOS, LLC; LIFOAM INDUSTRIES, LLC; LION BROTHERS COMPANY, INC.; LONG & FOSTER REAL ESTATE, INCORPORATED; M. WEINMAN COMPANY, INC.; MACDERMID, INC.; MARYLAND MANAGEMENT COMPANY; MASTER-HALCO, INC.; MAWSON AND MAWSON, INC.; MCCORMICK & COMPANY, INCORPORATED; MELIBELLE USA, INC.; MERCK SHARP & DOHME CORPORATION; MONDELEZ INTERNATIONAL, INC.; MORGAN PROPERTIES MANAGEMENT COMPANY, LLC; MOUNT VERNON MILLS, INC.; NATIONAL INSTITUTES OF HEALTH; NATIONWIDE AUTO SALES CORP.; NCR CORPORATION; NL INDUSTRIES, INCORPORATED; NORRIS AUTOMOTIVE HOLDINGS, LLC; PABST BREWING COMPANY; PACTIV, LLC; PENSKE LOGISTICS LLC; PENSKE TRUCK LEASING CO., L.P.; POLY-SEAL, LLC; POWERCON CORPORATION; PRINCE MINERALS, LLC; JOTUN PAINTS, INC.; PQ CORPORATION; PREMIER TECHNOLOGY, INC.; PVH CORPORATION; QUIKRETE HOLDINGS, INC.; RAYMOND JAMES & ASSOCIATES, INCORPORATED; RIDGEWAY

MANOR, INC.; ROCA USA, INC.; ROPER CORPORATION; RUSSELL T. BUNDY ASSOCIATES, INC.; SCHMIDT BAKING COMPANY, INCORPORATED; SCHUMACHER & SEILER, INC.; SERVICE AMERICA CORPORATION; SHELL OIL COMPANY; SMYTH JEWELERS, INC.; ALBERT S. SMYTH CO., INC.; STATE FARM LIFE INSURANCE COMPANY; STELLA MARIS OPERATING CORP.; TEKTRONIX, INC.; TRANSAMERICA PREMIER LIFE INSURANCE COMPANY; TREEHOUSE PRIVATE BRANDS, INC.; TRI-STAR REALTY, LLP; TRUIST FINANCIAL CORPORATION; BUNGE NORTH AMERICA (EAST), LLC; UNION CARBIDE CORPORATION; UNISYS CORPORATION; UNIVERSAL MUSIC GROUP, INC.; US FOODS, INC.; USF REDSTAR, LLC; VALLEY MOTORS, INC.; VIAD CORPORATION; VICTORY RACING PLATE COMPANY; VISUAL MARKING SYSTEMS, INC.; WELLS FARGO BANK NATIONAL ASSOCIATION; WHITING-TURNER CONTRACTING COMPANY; YRC WORLDWIDE, INC.; ZURICH AMERICAN INSURANCE COMPANY; AARON'S, INC.; BRINKS, INCORPORATED; SOLO CUP OPERATING CORPORATION; HOLLY POULTRY, INC.

        Defendants

_____

## J U D G M E N T

_____

        In accordance with the decision of this court, the district court order entered 01/26/2022, and the judgment of the district court are vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

        This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

        /s/ NWAMAKA ANOWI, CLERK