IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| BROWNING-FERRIS, INC., et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-03385-SAG |
| | ) |
| ALBAN TRACTOR LLC, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiffs Browning-Ferris, Inc., Black & Decker (U.S.) Inc., Brunswick Corporation, Cleveland Cliffs Steel Corporation (f/k/a AK Steel Corporation), Crown Cork & Seal Company, Inc., and Exxon Mobil Corporation (collectively "Plaintiffs") and Defendant C&I Leasing, Inc. ("C&I Leasing"), by and through counsel, hereby notify the Court that they have reached a settlement-in-principle. Plaintiffs will file the appropriate motion to dismiss C&I Leasing with prejudice (in the same form as previous motions to dismiss settling defendants) as soon as this settlement is finalized.

Dated: June 4, 2025                Respectfully submitted,

THE JUSTIS LAW FIRM LLC

*/s/ Gary D. Justis*
Gary D. Justis        admitted *pro hac vice*
P.O. Box 3408
201 Elk Ave., Unit B
Crested Butte, CO  81224
Telephone: (970) 248-8360
Facsimile: (970) 248-8386
Email: gjustis@justislawfirm.com

Stuart D. Kaplow
Bar Number 05282
James Kelly-Lieb
Bar Number 20420
Stuart D. Kaplow, P.A.
11426 York Road, 1st Floor
Cockeysville, MD 21030
(410) 339-3910 Telephone
(410) 415-7161 Facsimile
Email: skaplow@stuartkaplow.com
        jkellylieb@kenny-law.com

ATTORNEYS FOR PLAINTIFFS


MORGAN, LEWIS & BOCKIUS LLP

*/s/ Jason R. Scherr*
Jason R. Scherr, Bar No. 9812170109
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
Email: jr.scherr@morganlewis.com

Stephanie Feingold        admitted *pro hac vice*
502 Carnegie Center
Princeton, NJ. 08540
Telephone: (609) 919-6600
Facsimile: (609) 919-6701
Email: stephanie.feingold@morganlewis.com

ATTORNEYS FOR DEFENDANT C&I
LEASING, INC.

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis